# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| MARGARET ABERNATHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 5:18-cv-379-D |
| ) | |
| SIRIUS XM RADIO, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, MARGARET ABERNATHY, ("Plaintiff"), through her attorney, Hormozdi Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, SIRIUS XM RADIO, INC.

DATED: October 5, 2018     By: /s/ Shireen Hormozdi
                                          Shireen Hormozdi
                                          Hormozdi Law Firm, LLC
                                          1770 Indian Trail Lilburn Road, Suite175
                                          Norcross, GA 30093
                                          Tel: 678-395-7795
                                          Fax: 866-929-2434
                                          shireen@agrusslawfirm.com
                                          shireen@norcrosslawfirm.com
                                          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      On October 5, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice Voluntary Dismissal to Defense Counsel.

                                                    By: /s/ Shireen Hormozdi
                                                              Shireen Hormozdi